# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2008

136717

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL OWENS JAMES,
      Defendant-Appellant.

SC: 136717
COA: 282777
Wayne CC: 81-007011-03

_____/

      On order of the Court, the application for leave to appeal the May 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

      KELLY, J., would remand this case to the Court of Appeals for consideration as on leave granted and would order the appointment of counsel in accordance with Administrative Order 2003-03.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008

s1211

_____
Clerk